IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:07CR79 |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL KITT, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

IT IS ORDERED that sentencing in this matter is rescheduled for:

**Thursday, July 19, 2007, at 9 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska, or as soon thereafter as may be called by the Court.

DATED this 17th day of July, 2007.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court