IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,    )
                             )
            Plaintiff,       )        8:07CR79
                             )
      v.                     )
                             )
MICHAEL KITT,                )        ORDER
                             )
            Defendant.       )
_____)
```

This matter is before the Court on defendant's motion to continue hearing (Filing No. 44).  The Court finds the motion should be granted.  Accordingly,

IT IS ORDERED that a hearing on the petition for offender under supervision (Filing No. 34) is rescheduled for:

**Wednesday, September 15, 2010, at 9:30 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska, or as soon thereafter as may be called by the Court.

DATED this 16th day of August, 2010.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court